UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH AND WELFARE AND VACATIONS FUNDS, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>COATING TECHNOLOGIES, et al.,<br><br>　　Defendants. | Civil Action No. 13-4932 (JLL)<br><br><br><br>ORDER |

　　This matter having come before the Court for a telephone status conference on March 13, 2014;

　　and all parties having agreed to the following;

　　IT IS on this 13th day of March, 2014,

　　ORDERED that Plaintiffs' motion for default judgment [ECF No. 12] is **administratively terminated** without prejudice to Plaintiffs' right to renew the motion upon notice to the Court; and it is further

　　ORDERED that the parties shall meet and confer and provide the Court, on or before **March 19, 2014**, with mutually agreeable dates for a settlement conference to be held before the Undersigned.

　　　　　　　　　　　　　　　　　　　　　　　　*s/ Michael A. Hammer*_____
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**